IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 06-380 |
| v. | : | |
| CARMEN M. SANDERS and A.B.S., a Minor, | : | |
| Defendants. | : | |

## JOINT MOTION REGARDING GUARDIAN AD LITEM

Pursuant to Federal Rule of Civil Procedure 17(c), Defendants Carmen M. Sanders and A.B.S., a Minor, in their own right, hereby respectfully request that the Court enter an Order appointing Lori L. Shahan as guardian *ad litem* to A.B.S., a minor child, and Plaintiff Metropolitan Life Insurance Company, by and through its undersigned counsel, does not object to this request. In support of this joint motion, the parties represent as follows:

1. This federal interpleader case involves a dispute over life insurance benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1001 et seq. ("ERISA").

2. The amount of death benefits at issue in this case is $15,750.

3. The parties have come to an agreement to compromise, settle, and terminate this litigation.

4. In order to effectuate this compromise and settlement, Defendants request that the Court appoint Lori L. Shahan, the mother of A.B.S., as her guardian *ad litem*.

5. Lori Shahan represents that she is the sole guardian of A.B.S.

-2-

6. Lori Shahan further represents that she will act in the best interest of A.B.S. to adequately protect the interest of A.B.S. with regard to her potential rights to the death benefits at issue in this action.

WHEREFORE, Defendants respectfully request that the Court appoint Lori L. Shahan as guardian *ad litem* to A.B.S., a minor child, and grant Lori L. Shahan the authority to compromise, settle, and terminate this litigation on behalf of A.B.S. and to receive ERISA-regulated plan benefits on behalf of A.B.S. Plaintiff-in-interpleader does not object to the relief sought by this motion.

Phillip Mellet (DE No. 4741)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for Plaintiff*
*Metropolitan Life Insurance Company*

Dated: 10/26/06

-3-

_____
Lori L. Shahan, pro se, on behalf
of her daughter, A.B.S., a Minor
424 Dogtown Road,
Townsend, DE 19734

Dated: 10/18/06

-4-

*Carmen M Sanders*
_____
Carmen M. Sanders, pro se
~~515 N. East Avenue~~ 68 Holstein Dr
~~Dover DE~~ 19901 Parksburg PA 19363

Dated: Oct 24, 2006

Here is my new address

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | : |
| Plaintiff, | : CIVIL ACTION NO.: 06-380 |
| v. | : |
| CARMEN M. SANDERS and A.B.S., a Minor, | : |
| Defendants. | : |

## ORDER

AND NOW, this _____ day of _____, 2006, the Court having considered the Defendants' joint motion that, pursuant to Federal Rule of Civil Procedure 17(c), the Court appoint Lori L. Shahan, the mother of A.B.S., as guardian *ad litem* to adequately protect the interests of A.B.S. in this action, it is

**ORDERED** that Lori L. Shahan is appointed as the guardian *ad litem* for A.B.S. for purposes of the above-captioned matter and is authorized to undertake all necessary and proper actions to effectuate the settlement of this matter, which has been agreed to in principle by all parties, which specifically includes the authority to compromise the minor's claim and to receive the proceeds of the death benefit on behalf of A.B.S.

_____
JOSEPH J. FARNAN, JR.
United States District Court Judge

Dated: _____

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing Joint Motion Regarding Guardian *Ad Litem* upon the unrepresented parties at the addresses set forth below, by first class mail, postage prepaid, on October 26, 2006.

> Lori L. Shahan, *pro se*, on behalf of
> her daughter, A.B.S., a Minor
> 424 Dogtown Road
> Townsend, DE 19734
>
> Carmen M. Sanders, *pro se*
> 68 Holstein Drive
> Parksburg, PA 19363

_____
Phillip T. Mellet (DE No. 4741)