IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | : |
| Plaintiff, | : CIVIL ACTION NO.: 06-380 |
| v. | : |
| CARMEN M. SANDERS and A.B.S., a Minor, | : |
| Defendants. | : |

**ORDER**

AND NOW, this 1 day of December, 2006, the Court having considered the Defendants' joint motion that, pursuant to Federal Rule of Civil Procedure 17(c), the Court appoint Lori L. Shahan, the mother of A.B.S., as guardian *ad litem* to adequately protect the interests of A.B.S. in this action, it is

**ORDERED** that Lori L. Shahan is appointed as the guardian *ad litem* for A.B.S. for purposes of the above-captioned matter and is authorized to undertake all necessary and proper actions to effectuate the settlement of this matter, which has been agreed to in principle by all parties, which specifically includes the authority to compromise the minor's claim and to receive the proceeds of the death benefit on behalf of A.B.S.

JOSEPH J. FARNAN, JR.
United States District Court Judge

Dated: 12/1/06