IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                              Plaintiff,<br><br>v.<br><br>CARMEN M. SANDERS and<br>A.B.S., a Minor,<br><br>                              Defendants. | :<br>:<br>:<br>:<br>:  CIVIL ACTION NO.: 06-380<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Metropolitan Life Insurance Company, by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby gives notice that all claims of Plaintiff against all Defendants are DISMISSED WITH PREJUDICE in the above-captioned matter without costs to any party. There are no remaining claims by any party, and thus, this matter is closed.

/s/ Phillip Mellet
Phillip Mellet (DE No. 4741)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for Plaintiff*
*Metropolitan Life Insurance Company*

Dated: February 15, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing Notice of Dismissal upon the unrepresented parties at the addresses set forth below, by first class mail, postage prepaid, on February 15, 2007.

>Lori L. Shahan, *pro se*, on behalf of
>her daughter, A.B.S., a Minor
>424 Dogtown Road
>Townsend, DE  19734
>
>Carmen M. Sanders, *pro se*
>68 Holstein Drive
>Parksburg, PA  19363

>/s/ Phillip Mellet
>Phillip Mellet (DE No. 4741)